**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>                      Plaintiff,        )<br>                                              )<br>vs.                                        )<br>                                              )<br>JEDEDIAH G. REESE,          )<br>                      Defendant.      )<br>_____) | 07-04073M-001-PCT-MEA<br><br>**ORDER** |

The defendant appeared in court and admitted to violating his conditions of probation as set forth in allegation "A" in the Petition to Revoke Probation. Based upon that admission, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on unsupervised probation for an additional three (3) months from this date subject to the previously ordered conditions.

DATED this 18th day of June, 2008.

_____
Mark E. Aspey
United States Magistrate Judge